■ ASHER B. EDELMAN et al., Appellants, v TAITTINGER, S.A., et al., Respondents, et al., Defendants. [778 NYS2d 484]—

Order, Supreme Court, New York County (Karla Moskowitz, J.), entered May 13, 2003, which set the earliest date on documents to be exchanged in jurisdictional discovery as 30 days prior to commencement of this action, unanimously affirmed, without costs.

Since the relevant inquiry under CPLR 301 is whether defendants were doing business in New York at the time the action was brought (*see Lancaster v Colonial Motor Frgt. Line*, 177 AD2d 152 [1992]), the IAS court properly exercised its discretion in limiting the jurisdictional discovery previously permitted by this Court (298 AD2d 301 [2002]) to 30 days prior to the filing of the complaint on November 5, 2000. Concur— Tom, J.P., Saxe, Ellerin, Marlow and Catterson, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ANDREW L. SIEGEL, Admitted on May 8, 1991, at a Term of the Appellate Division, Second Department. [780 NYS2d 733]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]